UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| Case No. | CV 24-1837-JLS(Ex) | Date | May 28, 2025 |
|---|---|---|---|

| Title | ALICE LIN v. JPMORGAN CHASE BANK, N.A., ET AL. |
|---|---|

Present: The Honorable  Charles F. Eick, United States Magistrate Judge

| Valencia Munroe | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

**Attorneys Present for Plaintiffs:**  **Attorneys Present for Defendants:**
None                                    None

**Proceedings:**         **(IN CHAMBERS)**

  The Magistrate Judge has read and considered all papers filed in support of and in opposition to "Plaintiff's Motion to Compel Production of Documents and Responses" ("the Motion"), filed May 16, 2025.  The previously noticed June 6, 2025 hearing is vacated.  The Magistrate Judge has taken the Motion under submission without oral argument.  The Motion is granted in part and denied in part.

  The Motion is denied as to Requests for Production Nos. 1-5, 8 and 29, based on Defendant's representations that all nonprivileged documents responsive to these Requests have been produced.  The Magistrate Judge need not require a sworn verification of these representations.  See Fed. R. Civ. P. 34; cf. Trustlabs, Inc v. An, 2023 WL 2949158, at *1 (N.D. Cal. April 13, 2023).  Defendant's privilege log as to these Requests is sufficient.

  The Motion is granted as to Requests for Production Nos. 30, 31, 32 and 33.  The Motion is granted in part as to Requests for Production Nos. 34 and 35, with a temporal limitation of 2015 through August of 2022 on both of these Requests.  The discovery compelled herein is relevant to the parties' claims or defenses and proportional to the needs of the case.  See Fed. R. Civ. P. 26(b).  It is not proper to object to a request for documents on the ground that the requested documents assertedly are equally available to the requesting party.  See, e.g., Smith v. Montoya, 2021 WL 6618858, at *1 (E.D. Cal. July 21, 2021); St. Paul Reinsurance Co., Ltd. v. Com. Fin. Corp. 198 F.R.D. 508, 514 (N.D. Iowa 2000).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | CV 24-1837-JLS(Ex) | Date | May 28, 2025 |
|---|---|---|---|
| Title | ALICE LIN v. JPMORGAN CHASE BANK, N.A., ET AL. | | |

    To the extent the Motion has been granted, within twenty-one (21) days of the date of this Order, Defendant shall:  (1) serve responses without objection to the Requests; (2) produce all nonprivileged documents responsive to the Requests; and (3) serve a privilege log identifying with particularity any responsive documents withheld under claim of the attorney-client privilege or the work product doctrine.

    Except as expressly stated herein, the Motion is denied.

cc:    Judge Staton
        All Counsel of Record

Initials of Deputy Clerk  VMUN