# Exhibit K

# Deposition Transcript

Case Number: 2:24-CV-01837-JLS-E
Date: June 2, 2025

In the matter of:

# ALICE LIN v JPMORGAN CHASE BANK, N.A., et al.

# DAWN VANNESSA DAHLIN - 30(b)(6)



**CERTIFIED COPY**

Reported by:
STEPHANIE J. COUSINS

```
Steno
Official Reporters

315 West 9th Street
Suite 807
Los Angeles, CA 90015
concierge@steno.com
(310) 573-8380
NV: Firm #108F
```

```
 1                UNITED STATES DISTRICT COURT

 2               CENTRAL DISTRICT OF CALIFORNIA

 3     ALICE LIN, individually,    )
                                   )
 4              Plaintiff,         )    Case No.
                                   )    2:24-CV-01837-JLS-E
 5         vs.                     )
                                   )
 6     JPMORGAN CHASE BANK, N.A.,  )
       a Delaware Corporation;    )
 7     CHERYL MCMURRAY, an         )
       individual; and DOES 1      )
 8     through 25, inclusive,      )    VOLUME I
                                   )
 9              Defendants.        )
       _____)
10

11

12                       *  *  *  *

13
       _____
14
              REMOTE VIDEOTAPED DEPOSITION OF
15      DEFENDANT JPMORGAN CHASE BANK, N.A., PURSUANT TO
           FEDERAL RULE OF CIVIL PROCEDURES 30(b)(6)
16
                    DAWN VANNESSA DAHLIN
17
                        JUNE 2, 2025
18                 10:02 A.M. PACIFIC TIME
       _____
19

20

21

22

23     REPORTED BY:  STEPHANIE J. COUSINS, CSR NO. 14467

24

25
```

```
 1              UNITED STATES DISTRICT COURT

 2             CENTRAL DISTRICT OF CALIFORNIA

 3    ALICE LIN, individually,    )
                                  )
 4          Plaintiff,            )      Case No.
                                  )   2:24-CV-01837-JLS-E
 5       vs.                      )
                                  )
 6    JPMORGAN CHASE BANK, N.A.,  )
      a Delaware Corporation;     )
 7    CHERYL MCMURRAY, an         )
      individual; and DOES 1      )
 8    through 25, inclusive,      )      VOLUME I
                                  )
 9          Defendants.           )
      _____)

10

11

12                      * * * *

13

14

15        REMOTE VIDEOTAPED DEPOSITION OF

16   DAWN VANNESSA DAHLIN, commencing at 10:02 A.M.

17   Pacific Time on June 2, 2025, before

18   STEPHANIE J. COUSINS, Certified Shorthand

19   Reporter 14467, in and for the State of

20   California.

21

22

23

24

25
```

```
 1   APPEARANCES VIA ZOOM VIDEOCONFERENCE:

 2


 3   ATTORNEY FOR THE PLAINTIFF:

 4   THERESA E. VITALE, ESQ.
     COTCHETT, PITRE & MCCARTHY LLP
 5   2716 Ocean Park Boulevard, Suite 3088
     Santa Monica, California 90405
 6   (310) 392-2008
     tvitale@cpmlegal.com
 7


 8
     ATTORNEYS FOR DEFENDANTS JPMORGAN CHASE AND
 9   CHERYL MCMURRAY:

10   DAVID W. MOON, ESQ.
     ALICE KWAK, ESQ.
11   STEPTOE LLP
     633 West Fifth Street, Suite 1900
12   Los Angeles, California 90071
     dmoon@steptoe.com
13   akwak@steptoe.com

14


15   ALSO PRESENT:

16   HAILEY CHENG, COTCHETT, PITRE & MCCARTHY LLP

17   ETHAN LEE-BELLOWS, COTCHETT, PITRE & MCCARTHY LLP

18


19   VIDEOGRAPHER:  DENNIS RIVAS

20

21

22

23

24

25
```

12:06  1    A.  I would review the asset inventory.
12:06  2    Q.  And which system is that in?
12:06  3    A.  It's in HCM, I believe.
12:06  4    Q.  And where would you see the learning
12:06  5 lead's name in the system?
12:06  6    A.  So let me back up.  I don't know for
12:06  7 sure that it's in HCM.  There is an asset
12:06  8 inventory that we have access to that shows the
12:06  9 courses and who is listed as the owner of record
12:06 10 of those courses.
12:06 11    Q.  In the calendar that you mentioned
12:06 12 earlier today that shows which courses are being
12:06 13 assigned out -- do you recall that testimony?
12:06 14    A.  Uh-huh.  I do.
12:06 15    Q.  Would you be able to search the
12:06 16 calendar for instructor-led courses that are
12:06 17 being assigned out?
12:07 18    A.  The calendar doesn't -- unless it's
12:07 19 something that's going out broadly, would not
12:07 20 have that on there.  The instructor-led courses
12:07 21 that I'm referring to are primarily new hire.
12:07 22         Typically, in the national training
12:07 23 calendar, that's things that are on their online
12:07 24 courses, typically.  There are other things like
12:07 25 workshops or whatnot, but --

12:07  1      Q.   If you were to go to export information
12:07  2   related to which training courses a specific
12:07  3   branch employee had completed, how would you do
12:07  4   that?
12:07  5      A.   Let me just ask, you're asking --
12:07  6   actually, can you just repeat your question?
12:07  7      Q.   If you were to go about exporting
12:07  8   information related to which training courses a
12:07  9   specific branch employee had completed, how
12:07 10   would you do that?
12:07 11      A.   I would go into reports that we have
12:08 12   access to and I would basically complete the
12:08 13   learner transcript.  I would request a learner
12:08 14   transcript by SID.
12:08 15      Q.   So it would basically look like a
12:08 16   training log; right?
12:08 17           MR. MOON:  Object --
12:08 18           THE WITNESS:  It would show the name of
12:08 19   the person who completed.  It would show the
12:08 20   content that they completed, the date that they
12:08 21   completed it, and additional information.
12:08 22           (Reporter Clarification.)
12:08 23           MR. MOON:  Yeah, the objection was just
12:08 24   to form.  The question referred to a training
12:08 25   log.

```
 1                CERTIFICATE OF REPORTER

 2
              I, the undersigned, a Certified
 3   Shorthand Reporter, Licensed by the State of
     California, being empowered to administer oaths
 4   and affirmations remotely pursuant to Section
     2093(b) of the Code of Civil Procedure, do
 5   hereby certify:

 6            That the foregoing proceedings were
     taken remotely before me at the time and place
 7   herein set forth; that any witness in the
     foregoing proceedings, prior to testifying, were
 8   placed under oath; that a verbatim record of the
     proceedings was made by me using machine
 9   shorthand which was thereafter transcribed under
     my direction; further, that the foregoing is an
10   accurate transcription thereof.

11            I further certify that I am neither
     financially interested in the action nor a
12   relative or employee of any attorney or any of
     the parties.
13
              Further, that if the foregoing pertains
14   to the original transcript of a deposition in a
     Federal Case, before completion of the
15   proceedings, review of the transcript was
     requested.
16
              IN WITNESS WHEREOF, I have this date
17   subscribed my name.

18   DATED:  JUNE 2, 2025.

19

20   _____
21   STEPHANIE J. COUSINS, CSR NO. 14467

22

23

24

25
```