# Exhibit L

# Deposition Transcript

Case Number: 2:24-CV-01837-JLS-E
Date: April 21, 2025

In the matter of:

# ALICE LIN v JPMORGAN CHASE BANK, N.A., et al.

# Ivan Lo

# Contains Confidential Portions



CERTIFIED COPY

Reported by:
Shabnam Lavian

Steno
Official Reporters

315 West 9th Street
Suite 807
Los Angeles, CA 90015
concierge@steno.com
(310) 573-8380
NV: Firm #108F

```
 1                    UNITED STATE DISTRICT COURT

 2                   CENTRAL DISTRICT OF CALIFORNIA

 3

 4   ALICE LIN, individually,        ) CASE NO.: 2:24-
                                     ) CV-01837-JLS-E
 5              Plaintiff,           )
                                     ) CONTAINS
 6         v.                        ) CONFIDENTIAL
                                     ) PORTIONS
 7   JPMORGAN CHASE BANK, N.A., a    )
     Delaware Corporation,           )
 8   CHERYL MCMURRAY, an individual; )
     and DOES 1 through 25, inclusive,)
 9                                   )
                                     )
10              Defendants.          )
     _____)
11

12              PAGES 202 TO 211 - CONFIDENTIAL
                PAGES 218-242 - CONFIDENTIAL
13

14

15               DEPOSITION OF IVAN LO

16

17                    APRIL 21, 2025

18                     10:00 A.M.

19

20         2716 Ocean Park Boulevard, Suite 3088

21            Santa Monica, California 90405

22

23

24

25          SHABNAM LAVIAN, CSR NO. 14191
```

```
 1                    APPEARANCES OF COUNSEL

 2

 3    ON BEHALF OF THE PLAINTIFF:

 4         COTCHETT, PITRE & McCARTHY LLP
           Theresa E. Vitale
 5         2716 Ocean Park Boulevard, Suite 3088
           Santa Monica, California 90405
 6         310-392-2008
           Tvitale@cpmlegal.com
 7

 8    ON BEHALF OF THE DEFENDANTS:

 9         STEPTOE LLP
           David W. Moon
10         Alice Kwak
           633 West Fifth Street, Suite 1900
11         Los Angeles, California 90071
           Dmoon@steptoe.com
12         Akwak@steptoe.com

13

14    Also Present:

15         Johnny Campos, Videographer

16

17

18

19

20

21

22

23

24

25
```

```
              1   access.
              2       Q    So how did it come up if you didn't ask her?
              3       A    I don't remember if I did, but I assume that it
              4   could be.
14:00:37      5       Q    But you remember that she told you that specific
              6   information?
              7       A    Yes.  That's the only reason we released the
              8   wire.
              9       Q    That's the only reason you released the wire?
14:00:45     10       A    Uh-huh.
             11       Q    So, if Ms. Lin had not told you that she had
             12   login access to an account, you would not have released
             13   the wire?
             14            MR. MOON:  Object as to form.
14:00:53     15            THE WITNESS:  We could have been doing more
             16   things or doing the report or denying the wire.
             17   BY MS. VITALE:
             18       Q    So it sounds like you suspected that there was
             19   something funny going on with the wire; right?
14:01:14     20            MR. MOON:  Object as to form.
             21            THE WITNESS:  Something funny going on, kind of.
             22   BY MS. VITALE:
             23       Q    Kind of?
             24       A    Uh-huh.
14:01:27     25       Q    Okay.  And we're not talking about this thousand
```

```
            1   dollar wire right now, are we -- the exhibit that we're
            2   looking at -- when we're discussing this conversation you
            3   had with Ms. McMurray about the fact that Ms. Lin had
            4   shared that she had login access?
14:01:43    5           Did that discussion happen in response to Ms. Lin
            6   requesting to wire a thousand dollars, or was it a larger
            7   amount?
            8           MR. MOON:  Object as to form.
            9           THE WITNESS:  I don't remember exactly when that
14:01:53   10   I started asking her about the login but the -- for a
           11   thousand dollars, I don't think we -- I don't -- I don't
           12   know if we did, yeah.
           13   BY MS. VITALE:
           14       Q   Okay.
14:02:03   15       A   But it definitely was for -- for like the --
           16   later on when the larger amount happens.
           17       Q   Okay.  And you're certain that this discussion
           18   you remember having with another Chase employee about the
           19   fact that Ms. Lin had shared she had login access to an
14:02:22   20   account was with Cheryl McMurray, or could it have been
           21   with a different approver?
           22       A   I don't remember who.
           23       Q   So it could have been a different approver;
           24   right?
14:02:31   25       A   Exactly, uh-huh.
```

|  |  |
|---|---|
| 1 | A    Correct. |
| 2 | MR. MOON:  Object as to form. |
| 3 | MS. VITALE:  Just so I understand what is your |
| 4 | issue, Counsel?  Am I not -- |
| 15:41:40  5 | MR. MOON:  What transaction are we focused on |
| 6 | here?  There have been several. |
| 7 | MS. VITALE:  I'm talking about just the |
| 8 | procedures, and then I specifically asked about -- |
| 9 | MR. MOON:  You don't -- |
| 15:41:49  10 | MS. VITALE:  -- when he suspected financial abuse |
| 11 | on Ms. Lin's account -- |
| 12 | MR. MOON:  So identify when that was. |
| 13 | (Simultaneous speaking.) |
| 14 | BY MS. VITALE: |
| 15:41:55  15 | Q    When did you suspect financial abuse on Ms. Lin's |
| 16 | account? |
| 17 | MR. MOON:  Object as to form. |
| 18 | THE WITNESS:  Not -- when I started making the |
| 19 | phone calls -- |
| 15:42:05  20 | BY MS. VITALE: |
| 21 | Q    When you called her? |
| 22 | A    -- that's the first -- that's was the first time, |
| 23 | uh-huh. |
| 24 | (Simultaneous speaking.) |
| 15:42:07  25 | ==Q    When you called Ms. Lin, you suspected financial== |

```
               1    abuse on her account; right?
               2        A    It could be.  It raised a red flag to me, that's
               3    the first time.
               4        Q    Was that a yes?
15:42:17       5        A    Repeat your question.
               6        Q    When you called Ms. Lin, did you suspect
               7    financial abuse?
               8        A    Did I suspect -- I'd say yes, uh-huh.
               9        Q    Okay.  When you suspected financial abuse on
15:42:37      10    Ms. Lin's account, did you encourage her to delay the
              11    transaction?
              12        A    She already finished the transactions.
              13        Q    So the answer is no; right --
              14        A    No.
15:42:45      15        Q    -- you did not delay?
              16             MR. MOON:  Well, that wasn't his answer.  His
              17    answer was "she'd already finished the transaction."
              18             THE WITNESS:  I couldn't delay it.
              19             MS. VITALE:  There's no need to coach.
15:42:53      20             MR. MOON:  That's not coaching.  I'm telling you
              21    what he just said.  You're misrepresenting his testimony.
              22    BY MS. VITALE:
              23        Q    Did you delay the transaction at any point,
              24    Mr. Lo?
15:43:02      25        A    At any point?  No.
```

1  REPORTER'S CERTIFICATION

2

3       I, SHABNAM LAVIAN, a Certified Shorthand

4  Reporter, in and for the State of California, do hereby

5  certify:

6       That the foregoing witness was by me duly sworn;

7  that the deposition was then taken before me at the time

8  and place herein set forth; that the testimony and

9  proceedings were reported stenographically by me and later

10 transcribed into typewriting under my direction; that the

11 foregoing is a true record of the testimony and

12 proceedings taken at that time.

13

14

15      IN WITNESS WHEREOF, I have subscribed my name

16 this 3rd day of May, 2025.

17

18

19

20                    *Shabnam Lavian*

21              Shabnam Lavian, CSR NO. 14191

22

23

24

25