# Exhibit N

| **From:** | Kwak, Alice |
| --- | --- |
| **To:** | Anne Marie Murphy; Blair Kittle; Jennyfer Lazarte; bellows@cpmlegal.com; Christopher Rivera; Sylvia Aparicio; Theresa Vitale |
| **Cc:** | Strickland, Julia; Moon, David |
| **Subject:** | Alice Lin v. Chase - Supplemental Discovery |
| **Date:** | Friday, July 25, 2025 5:55:56 PM |
| **Attachments:** | image001.png |
| | Lin - Chase"s Suppl. Responses to RFP Set III.pdf |
| | CHASE_LIN0002780.pdf |
| | CHASE_LIN0002780.xlsx |

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

All,

Please see attached Chase's supplemental responses to RFP and document production.

Best,
Alice

**Alice Kwak, Esq.**
Associate

## Steptoe

Steptoe LLP | 2029 Century Park East Suite 980 | Los Angeles, CA 90067
+1 213 439 9436 direct | akwak@Steptoe.com | www.steptoe.com | Steptoe Bio

This message and any attached documents contain information from the law firm Steptoe LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.