# EXHIBIT 2

**Kwak, Alice**

---

| | |
|---|---|
| **From:** | Theresa Vitale <TVitale@cpmlegal.com> |
| **Sent:** | Tuesday, July 29, 2025 11:30 AM |
| **To:** | Kwak, Alice; Strickland, Julia; Moon, David |
| **Cc:** | Anne Marie Murphy; Blair Kittle; Cailin Marie Ruff; Sylvia Aparicio; Hailey Cheng; Ethan Lee-Bellows |
| **Subject:** | [EXTERNAL] RE: Lin v. Chase - Joint Stipulation |

Hi Alice,

We are working on a revised joint stipulation, though not all of the below RFPs are being removed. We plan to send it to you later today. If you want to discuss when you see the new draft, let me know.

Thanks,

Theresa E. Vitale
*Senior Associate*

**COTCHETT PITRE & McCARTHY LLP**
A LITIGATION LAW FIRM – SAN FRANCISCO, LOS ANGELES, NEW YORK, SEATTLE
2716 Ocean Park Blvd. Suite 3088 | Santa Monica, CA 90405
Tel: (310) 392-2008 | Fax: (310) 392-0111 | Email: tvitale@cpmlegal.com

**CONFIDENTIALITY NOTICE**: This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521. This email and any documents accompanying this email contain legally privileged and confidential information belonging to the sender. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this email communication is strictly prohibited. If you have received this email in error, please notify us immediately by telephone or email and permanently delete the email, any attachments, and all copies thereof from any networks, drives, cloud, or other storage media and please destroy any printed copies of the email or attachments. Neither this email nor the contents thereof are intended to nor shall create an attorney-client relationship between Cotchett, Pitre & McCarthy, LLP and the recipient(s), and no such attorney-client relationship shall be created unless established in a separate, written retainer agreement or by court order.

---

**From:** Kwak, Alice <akwak@steptoe.com>
**Sent:** Monday, July 28, 2025 5:40 PM
**To:** Theresa Vitale <TVitale@cpmlegal.com>; Strickland, Julia <jstrickland@steptoe.com>; Moon, David <dmoon@steptoe.com>
**Cc:** Anne Marie Murphy <AMurphy@cpmlegal.com>; Blair Kittle <BKittle@cpmlegal.com>; Cailin Marie Ruff <CRuff@cpmlegal.com>; Sylvia Aparicio <SAparicio@cpmlegal.com>; Hailey Cheng <HCheng@cpmlegal.com>; Ethan Lee-Bellows <ELee-Bellows@cpmlegal.com>
**Subject:** RE: Lin v. Chase - Joint Stipulation

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Theresa,

Several items at issue in plaintiff's third MTC are moot, so we request that you revise the joint stipulation accordingly.

1

**RFP Nos. 42-44, 48-51**: As promised in our meet and confer letter, we provided an updated training log on Friday, July 25 for these individuals, which includes non-fraud/EVP courses.

**RFP Nos. 52-53, 54, 56-61**: Records of submitted EVP Web Referral Forms (i.e., CHASE_LIN0002777 and CHASE_LIN0002778) were produced on June 18.

**RFP Nos. 62 and 64:** We already responded that all responsive, nonprivileged documents have already been produced.

**RFP No. 63**: As promised in our meet and confer letter, we provided a supplemental response to this request on Friday, July 25 stating that no responsive documents exist.

Please let us know as soon as possible. Thank you.

Best,
Alice

---

**From:** Theresa Vitale <TVitale@cpmlegal.com>
**Sent:** Thursday, July 24, 2025 3:59 PM
**To:** Strickland, Julia <jstrickland@steptoe.com>; Kwak, Alice <akwak@steptoe.com>; Moon, David <dmoon@steptoe.com>
**Cc:** Anne Marie Murphy <AMurphy@cpmlegal.com>; Blair Kittle <BKittle@cpmlegal.com>; Cailin Marie Ruff <CRuff@cpmlegal.com>; Sylvia Aparicio <SAparicio@cpmlegal.com>; Hailey Cheng <HCheng@cpmlegal.com>; Ethan Lee-Bellows <ELee-Bellows@cpmlegal.com>
**Subject:** [EXTERNAL] Lin v. Chase - Joint Stipulation

As previously discussed, see attached joint stipulation and related docs. Please provide Defendant's positions by Thursday, July 31, 2025.

We plan to file next Friday, August 1, 2025. However, if we do receive any of the outstanding documents before then, we will update the motion accordingly.

Thanks,

Theresa E. Vitale
*Senior Associate*

**COTCHETT PITRE & McCARTHY LLP**
A LITIGATION LAW FIRM – SAN FRANCISCO, LOS ANGELES, NEW YORK, SEATTLE
2716 Ocean Park Blvd. Suite 3088  |  Santa Monica, CA 90405
Tel: (310) 392-2008  |  Fax:  (310) 392-0111  |  Email: tvitale@cpmlegal.com

**CONFIDENTIALITY NOTICE**:  This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521.  This email and any documents accompanying this email contain legally privileged and confidential information belonging to the sender.   The information is intended only for the use of the individual or entity named above.   If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this email communication is strictly prohibited.  If you have received this email in error, please notify us immediately by telephone or email and permanently delete the email, any attachments, and all copies thereof from any networks, drives, cloud, or other storage media and please destroy any printed copies of the email or attachments.  Neither this email nor the contents thereof are intended to nor shall create an attorney-client relationship between Cotchett, Pitre & McCarthy, LLP and the recipient(s), and no such attorney-client relationship shall be created unless established in a separate, written retainer agreement or by court order.

This message and any attached documents contain information from the law firm Steptoe LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.