# EXHIBIT 3

**Kwak, Alice**

| | |
|---|---|
| **From:** | Moon, David |
| **Sent:** | Wednesday, July 23, 2025 9:31 AM |
| **To:** | Theresa Vitale |
| **Cc:** | Ethan Lee-Bellows; Hailey Cheng; Sylvia Aparicio; Cailin Marie Ruff; Kwak, Alice; Strickland, Julia |
| **Subject:** | RE: Lin |

Kevin Kesterson will be designated to testify as to topic 5. Elly Marroquin (Riviera a/k/a Redondo Beach) and Tim Phan (South Pasadena) will be designated to testify as to topic 9, as limited by the Court. Nobody is being designated as to topic 8, as Chase is unaware of any such claims or complaints other than the one advanced by Plaintiff in this litigation.

Are we going forward with Elly Marroquin on Friday?

**From:** Theresa Vitale <TVitale@cpmlegal.com>
**Sent:** Wednesday, July 23, 2025 9:10 AM
**To:** Moon, David <dmoon@steptoe.com>
**Cc:** Ethan Lee-Bellows <ELee-Bellows@cpmlegal.com>; Hailey Cheng <HCheng@cpmlegal.com>; Sylvia Aparicio <SAparicio@cpmlegal.com>; Cailin Marie Ruff <CRuff@cpmlegal.com>; Kwak, Alice <akwak@steptoe.com>; Strickland, Julia <jstrickland@steptoe.com>
**Subject:** [EXTERNAL] Re: Lin

To be clear, Mr. Kesterson is being designated to testify regarding topic 5, Ms. Marroquin is being designated to testify regarding topics 8 and 9 as it relates to the Redondo Beach Branch and Mr. Phan is being designated to testify regarding topics 8 and 9 as it relates to the South Pasadena Branch?

Theresa E. Vitale
*Senior Associate*

**COTCHETT PITRE & McCARTHY LLP**
A LITIGATION LAW FIRM – SAN FRANCISCO, LOS ANGELES, NEW YORK, SEATTLE
2716 Ocean Park Blvd. Suite 3088  |  Santa Monica, CA 90405
Tel: (310) 392-2008  |  Fax: (310) 392-0111  |  Email: tvitale@cpmlegal.com

CONFIDENTIALITY NOTICE:  This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521.  This email and any documents accompanying this email contain legally privileged and confidential information belonging to the sender.   The information is intended only for the use of the individual or entity named above.   If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this email communication is strictly prohibited.  If you have received this email in error, please notify us immediately by telephone or email and permanently delete the email, any attachments, and all copies thereof from any networks, drives, cloud, or other storage media and please destroy any printed copies of the email or attachments.  Neither this email nor the contents thereof are intended to nor shall create an attorney-client relationship between Cotchett, Pitre & McCarthy, LLP and the recipient(s), and no such attorney-client relationship shall be created unless established in a separate, written retainer agreement or by court order.

**From:** Moon, David <dmoon@steptoe.com>
**Date:** Wednesday, July 23, 2025 at 8:55 AM
**To:** Theresa Vitale <TVitale@cpmlegal.com>

**Cc:** Ethan Lee-Bellows <ELee-Bellows@cpmlegal.com>, Hailey Cheng <HCheng@cpmlegal.com>, Sylvia Aparicio <SAparicio@cpmlegal.com>, Cailin Marie Ruff <CRuff@cpmlegal.com>, Kwak, Alice <akwak@steptoe.com>, Strickland, Julia <jstrickland@steptoe.com>
**Subject:** RE: Lin

Are you proceeding with Elly Marroquin on Friday? She is also available on August 4 but not the rest of that week.

---

**From:** Moon, David
**Sent:** Tuesday, July 22, 2025 2:44 PM
**To:** 'Theresa Vitale' <TVitale@cpmlegal.com>; Kwak, Alice <akwak@Steptoe.com>; Strickland, Julia <jstrickland@Steptoe.com>
**Cc:** Ethan Lee-Bellows <ELee-Bellows@cpmlegal.com>; Hailey Cheng <HCheng@cpmlegal.com>; Sylvia Aparicio <SAparicio@cpmlegal.com>; Cailin Marie Ruff <CRuff@cpmlegal.com>
**Subject:** RE: Lin

Kevin Kesterson is currently available the weeks of August 4 and 11. Elly Marroquin is available Friday as well as next week. We will check if she is available the week of August 4th as well. In the chain below, I mistakenly indicated that Tim was not available until August 4; I meant that Kevin was unavailable until August 4, per my prior email. We will check with Tim when he returns.

I don't have system access right now, but there are only two deposition categories at issue, the one related to lawsuits filed in California (Kesterson) and the one related to actual or potential financial elder abuse at the Riviera and South Pasadena branches (Marroquin and Phan respectively).

---

**From:** Theresa Vitale <TVitale@cpmlegal.com>
**Sent:** Tuesday, July 22, 2025 2:20 PM
**To:** Moon, David <dmoon@steptoe.com>; Kwak, Alice <akwak@steptoe.com>; Strickland, Julia <jstrickland@steptoe.com>
**Cc:** Ethan Lee-Bellows <ELee-Bellows@cpmlegal.com>; Hailey Cheng <HCheng@cpmlegal.com>; Sylvia Aparicio <SAparicio@cpmlegal.com>; Cailin Marie Ruff <CRuff@cpmlegal.com>
**Subject:** [EXTERNAL] RE: Lin

Hi David,

Please provide topic numbers for each witness for clarity.

Please also provide the full availability for each witness as soon as possible so we can check calendars on our side to see if anything is workable. We need this as soon as possible. We cannot proceed on Friday if we don't get confirmation by end of day today, for example. When you provide dates, include the week of the 4th incase we can somehow make that work.

I would also urge you to re-consider designating 3 different witnesses, none of whom appear to be available before the deadline set by the Court. It is not clear why this cannot be one deposition of one person by the 31st.

In the meantime, we need to set a mediation date. Since we still have not heard from you on that, we will reach out for dates from the two we proposed.

Thanks,

Theresa E. Vitale
*Senior Associate*

**COTCHETT PITRE & McCARTHY LLP**
A LITIGATION LAW FIRM – SAN FRANCISCO, LOS ANGELES, NEW YORK, SEATTLE
2716 Ocean Park Blvd. Suite 3088  |  Santa Monica, CA 90405
Tel: (310) 392-2008  |  Fax:  (310) 392-0111  |  Email: tvitale@cpmlegal.com

**CONFIDENTIALITY NOTICE**:  This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521.  This email and any documents accompanying this email contain legally privileged and confidential information belonging to the sender.   The information is intended only for the use of the individual or entity named above.   If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this email communication is strictly prohibited.  If you have received this email in error, please notify us immediately by telephone or email and permanently delete the email, any attachments, and all copies thereof from any networks, drives, cloud, or other storage media and please destroy any printed copies of the email or attachments.  Neither this email nor the contents thereof are intended to nor shall create an attorney-client relationship between Cotchett, Pitre & McCarthy, LLP and the recipient(s), and no such attorney-client relationship shall be created unless established in a separate, written retainer agreement or by court order.

**From:** Moon, David <dmoon@steptoe.com>
**Sent:** Tuesday, July 22, 2025 2:09 PM
**To:** Theresa Vitale <TVitale@cpmlegal.com>; Kwak, Alice <akwak@steptoe.com>; Strickland, Julia <jstrickland@steptoe.com>
**Cc:** Ethan Lee-Bellows <ELee-Bellows@cpmlegal.com>; Hailey Cheng <HCheng@cpmlegal.com>; Sylvia Aparicio <SAparicio@cpmlegal.com>; Cailin Marie Ruff <CRuff@cpmlegal.com>
**Subject:** RE: Lin

We are checking to see if Elly Marroquin is still available on Friday. She is the manager of the Riviera (a/k/a Redondo Beach) branch and will testify about potential financial elder abuse at that branch.

Kevin Kesterson (who will testify about prior lawsuits filed in California) is not available on Friday; he is available the week of August 11 and may still be available the week of August 4 (which we understand you cannot do). Tim Phan (the South Pasadena branch manager, who will testify about potential financial elder abuse at that branch) is also unavailable Friday and is currently out of the office; we hope to have more dates from him by the end of the week.

David

**From:** Theresa Vitale <TVitale@cpmlegal.com>
**Sent:** Tuesday, July 22, 2025 1:41 PM
**To:** Moon, David <dmoon@steptoe.com>; Kwak, Alice <akwak@steptoe.com>; Strickland, Julia <jstrickland@steptoe.com>
**Cc:** Ethan Lee-Bellows <ELee-Bellows@cpmlegal.com>; Hailey Cheng <HCheng@cpmlegal.com>; Sylvia Aparicio <SAparicio@cpmlegal.com>; Cailin Marie Ruff <CRuff@cpmlegal.com>
**Subject:** [EXTERNAL] Re: Lin

Can you please advise? The best and only date I have for deposition in the next few weeks is Friday. Who can be available that day for remote depositions? Please also confirm the topic number for each so there is no confusion.

Thanks

Theresa E. Vitale
*Senior Associate*