**STEPTOE LLP**
JULIA B. STRICKLAND (SBN 83013)
*jstrickland@steptoe.com*
DAVID W. MOON (SBN 197711)
*dmoon@steptoe.com*
ALICE KWAK (SBN 318883)
*akwak@steptoe.com*
2029 Century Park East, Suite 980
Los Angeles, CA 90067
Telephone: (213) 439-9400
Facsimile: (213) 439-9599
Email: *docketing@steptoe.com*

Attorneys for Defendants
  JPMORGAN CHASE BANK, N.A.
  and CHERYL McMURRAY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICE LIN, individually,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK N.A., a Delaware Corporation; CHERYL MCMURRAY, an individual; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 2:24-cv-01837-JLS-E<br><br>[Assigned to Hon. Josephine L. Staton]<br><br>**SUPPLEMENTAL DECLARATION OF DAVID W. MOON RE: STATEMENT OF UNCONTROVERTED FACTS** |

# SUPPLEMENTAL DECLARATION OF DAVID W. MOON

I, David W. Moon, declare as follows:

1. I am admitted to practice before this Court and am an attorney at Steptoe LLP, counsel for defendants JPMorgan Chase Bank, N.A. ("Chase") and Cheryl McMurray ("McMurray") (together, "Defendants") in the above-captioned action. I submit this Supplemental Declaration Re: Statement of Uncontroverted Facts in support of Defendants' Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment filed on August 22, 2025 (ECF No. 64.) The following information is true and of my own personal knowledge, and, if called as a witness, I could and would testify competently thereto.

2. I was responsible for filing Defendants' Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment (the "Motion") and supporting documents on August 22, 2025, for Steptoe LLP partner Julia B. Strickland. The filing was physically handled by Regina Harcourt, a legal secretary at Steptoe LLP. August 22, 2025, was the deadline for filing the Motion under the operative scheduling order in this case.

3. Ms. Harcourt has advised that she encountered repeated technical problems with the PACER CM/ECF system, including not being able to launch the PACER system, and error codes, both before and during the filing on August 22, 2025. Ms. Harcourt began uploading files no later than approximately 11:20 p.m. and completed uploading the Motion and supporting papers for filing at approximately 11:38 p.m. However, the PACER CM/ECF system generated an error code, which required her to begin uploading the Motion and all supporting papers again and resubmit all filings. Ms. Harcourt immediately did so.

4. As reflected on the PACER CM/ECF system, the Motion and supporting papers (including the notice of motion and motion, memorandum of points and authorities, all supporting declarations, and the proposed order and judgment) were filed on August 22, 2025.

1      5.    However, the PACER CM/ECF issues that Ms. Harcourt experienced delayed the submission of the Statement of Uncontroverted Facts, which was filed as a separate document and linked back to the Motion. The notice of electronic filing for the Statement of Uncontroverted Facts indicates a filing date for the Statement of Uncontroverted Facts on 8/23/2025: "The following transaction was entered by Strickland, Julia on 8/23/2025 at 0:09 AM PDT and filed on 8/23/2025."

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed this 25th day of August 2025.

                                                                */s/ David W. Moon*
                                                                David W. Moon