ANNE MARIE MURPHY (SBN 202540)
amurphy@cpmlegal.com
BLAIR KITTLE (SBN 336337)
bkittle@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcom Road
Burlingame, California 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

THERESA E. VITALE (SBN 333993)
tvitale@cpmlegal.com
CAILIN M. RUFF (SBN 358322)
cruff@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
2716 Ocean Park Boulevard, Suite 3088
Santa Monica, CA 90405
Telephone: (310) 392-2008
Facsimile: (310) 392-0111

*Attorneys for Plaintiff Alice Lin*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALICE LIN, individually<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A., a Delaware Corporation, CHERYL MCMURRAY, an individual; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: 2:24-cv-01837-JLS-E<br><br>**[PROPOSED] ORDER CONTINUING HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (ECF NO. 64) BY TWO WEEKS**<br><br>Old Hearing:<br>Date: October 3, 2025<br>Time: 10:30 a.m.<br>Ctrm: 8A<br><br>New Hearing:<br>Date: October 17, 2025<br>Time: 10:30 a.m.<br>Ctrm: 8A |

---

[PROPOSED] ORDER CONTINUING HEARING ON DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT BY TWO WEEKS

Error! Unknown document property name.

**[PROPOSED] ORDER**

On August 29, 2025, Plaintiff Alice Lin and Defendants JP Morgan Chase Bank, N.A. and Cheryl McMurray (collectively, the "Parties"), by and through their attorneys of record, jointly stipulated and agreed to continue the hearing on Defendants' Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment (the "Summary Judgment Motion") by two weeks.

The Court, having considered the Joint Stipulation filed by the Parties, hereby grants the requested extension and sets the following case schedule:

| Event | Old Dates | New Dates |
|---|---|---|
| Plaintiff's Opposition to Defendants' Summary Judgment Motion | *September 12, 2025* | **September 19, 2025** |
| Defendants' Reply | *September 19, 2025* | **October 3, 2025** |
| Hearing on Defendants' Summary Judgment Motion | *October 3, 2025* | **October 17, 2025** **10:30 a.m.** |

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
Hon. Josephine L. Staton
United States District Judge

[PROPOSED] ORDER CONTINUING HEARING ON DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT BY TWO WEEKS