ANNE MARIE MURPHY (SBN 202540)
amurphy@cpmlegal.com
BLAIR KITTLE (SBN 336337)
bkittle@cpmlegal.com
PIERCE H. STANLEY (SBN 352152)
pstanley@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, California 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

THERESA E. VITALE (SBN 333993)
tvitale@cpmlegal.com
**COTCHETT, PITRE & McCARTHY LLP**
2716 Ocean Park Boulevard, Suite 3088
Santa Monica, CA 90405
Telephone: (310) 392-2008
Facsimile: (310) 392-0111

*Attorneys for Plaintiff Alice Lin*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ALICE LIN**, individually,<br><br>Plaintiffs,<br><br>v.<br><br>**JP MORGAN CHASE BANK, N.A.,** a Delaware Corporation, **CHERYL MCMURRAY**, an individual, *et al.*<br><br>Defendants. | CASE NO.: 2:24-cv-01837-JLS-E<br><br>**JOINT REPORT REGARDING PROGRESS OF SETTLEMENT DISCUSSIONS** |

**JOINT REPORT REGARDING PROGRESS OF SETTLEMENT DISCUSSIONS; Case No. 2:24-cv-01837-JLS-E**

Pursuant to Local Rule 16-15.7, Plaintiff Alice Lin ("Plaintiff") and Defendants Cheryl McMurray ("McMurray") and JPMorgan Chase Bank, N.A. (collectively, the "Parties") advise the Court that the case was resolved at the settlement conference on September 12, 2025 and a dismissal of the action is anticipated in no later than 45 days.

Dated: September 19, 2025    **COTCHETT, PITRE & McCARTHY, LLP**

By: _/s/ Theresa E. Vitale_
   ANNE MARIE MURPHY
   BLAIR V. KITTLE
   THERESA E. VITALE
   PIERCE H. STANLEY
   CAILIN M. RUFF

*Attorneys for Plaintiff Alice Lin*

Dated: September 19, 2025    **STEPTOE LLP**

By: _/s/ David W. Moon_
   JULIA B. STRICKLAND
   DAVID W. MOON

*Attorneys for Defendants JP Morgan Chase Bank, N.A. and Cheryl McMurray*



LAW OFFICES
COTCHETT, PITRE &
MCCARTHY, LLP

**JOINT REPORT REGARDING PROGRESS OF SETTLEMENT DISCUSSIONS; Case No. 2:24-cv-01837-JLS-E**     1

## Civil Local Rule 5-1(i)(3) Attestation

Pursuant to Civil Local Rule 5-1(i)(3), I, Theresa E. Vitale, the ECF user whose user ID and password are being utilized in the electronic filing of this Joint Report Regarding Progress of Settlement, hereby attest that I obtained concurrence in the filing of the document from each of the signatories hereto.

*/s/ Theresa E. Vitale*
THERESA E. VITALE

LAW OFFICES
COTCHETT, PITRE &
MCCARTHY, LLP

**ATTESTATION; Case No. 2:24-cv-01837-JLS-E**   1