JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alice Lin,<br><br>        Plaintiff,<br><br>        v.<br><br>JP Morgan Chase, N.A. et al.,<br><br>        Defendants. | Case No. CV 24-01837-JLS(Ex)<br><br>ORDER STAYING ACTION PENDING FINAL SETTLEMENT, REMOVING CASE FROM ACTIVE CASELOAD, AND FILING OF DISMISSAL |

    On September 19, 2025, a Joint Report Regarding Report of Progress of Settlement Discussions filed by Plaintiff Alice Lin. was filed (Doc. [76]), indicating that the case has fully settled. Based thereon, the Court hereby orders all proceedings in the case stayed and that this action is removed from the Court's active caseload. The case will not be reopened absent a written showing of good cause.

    The parties shall file a Stipulation of Dismissal no later than November 3, 2025 (the "Dismissal Date"). If no dismissal is filed, the Court deems the matter dismissed at that time.

    Until the Dismissal Date, the Court retains full jurisdiction over this action. Any outstanding Orders to Show Cause are discharged. All pending dates are terminated.

IT IS SO ORDERED.

DATED: September 24, 2025

                                                               JOSEPHINE L. STATON
                                                              HONORABLE JOSEPHINE L. STATON
                                                              UNITED STATES DISTRICT JUDGE