ANNE MARIE MURPHY (SBN 202540)
amurphy@cpmlegal.com
BLAIR KITTLE (SBN 336337)
bkittle@cpmlegal.com
PIERCE H. STANLEY (SBN 352152)
pstanley@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, California 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

THERESA E. VITALE (SBN 333993)
tvitale@cpmlegal.com
**COTCHETT, PITRE & McCARTHY LLP**
2716 Ocean Park Boulevard, Suite 3088
Santa Monica, CA 90405
Telephone: (310) 392-2008
Facsimile: (310) 392-0111

*Attorneys for Plaintiff Alice Lin*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALICE LIN**, individually<br><br>Plaintiffs,<br><br>v.<br><br>**JP MORGAN CHASE BANK, N.A.,** a Delaware Corporation, **CHERYL MCMURRAY**, an individual, *et al*.<br><br>Defendants. | CASE NO.: 2:24-cv-01837-JLS-E<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |

**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**
Case No. 2:24-cv-01837-JLS-E

1  Plaintiff Alice Lin ("Plaintiff") and defendant JPMorgan Chase Bank, N.A.
2  ("Defendant") hereby stipulate and agree that Plaintiff's claims against Defendant shall
3  be dismissed with prejudice pursuant to Federal Rule of Civil Procedure
4  41(a)(1)(A)(ii), with Plaintiff and Defendant each bearing that party's own attorney's
5  fees and costs.

7  Dated: October 27, 2025    **COTCHETT, PITRE & McCARTHY, LLP**

8  By:  */s/ Theresa E. Vitale*
9      ANNE MARIE MURPHY
       THERESA E. VITALE

11     *Attorneys for Plaintiff Alice Lin*

13  Dated: October 27, 2025    **STEPTOE LLP**

14  By:  */s/ David W. Moon*
15     JULIA B. STRICKLAND
       DAVID W. MOON

17     *Attorneys for Defendants JP Morgan Chase Bank, N.A. and Cheryl McMurray*

**STIPULATION OF DISMISSAL**
Case No. 2:24-cv-01837-JLS-E

1

**Civil Local Rule 5-1(i)(3) Attestation**

Pursuant to Civil Local Rule 5-1(i)(3), I, Theresa E. Vitale, the ECF user whose user ID and password are being utilized in the electronic filing of this Stipulation of Dismissal, hereby attest that I obtained concurrence in the filing of the document from each of the signatories hereto.

*/s/ Theresa E. Vital*
THERESA E. VITALE

**CERTIFICATE OF SERVICE**
**Case No. 2:24-cv-01837-JLS-E**

1

# [PROPOSED] ORDER

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT DEFENDANT JP MORGAN CHASE BANK IS DISMISSED WITH PREJUDICE, with each party bearing that party's own attorney's fees and costs.

Dated: _____

                                                   Hon. Josephine L. Staton
                                                   United States District Judge